

FILED

APR 1 0 2019

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation, and SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SLOPESIDE CONDOMINIUM ASSOCIATION, INC., a Montana corporation, MATTHEW FOLKMAN, individually and d/b/a JARAS CONSTRUCTION,<br><br>Defendants. | CV 17-162-M-DLC<br><br><br>ORDER OF DISMISSAL |

Before the Court is the parties' Stipulation for Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Doc. 55.)

Accordingly, IT IS ORDERED that Plaintiff's Complaint for Declaratory Judgment and Defendant's Answer to Complaint for Declaratory Judgment filed herein are dismissed without prejudice, each party to bear its own costs.

DATED this 10th day of April, 2019.

Dana L. Christensen, Chief Judge
United States District Court